IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMAL MUHAMMAD,<br><br>                Plaintiff,<br><br>    v.<br><br><br><br>UNIFIED NATURAL FOODS INC., a foreign corporation, dba UNFI,<br><br>                Defendant. | No. 3:21-cv-05505<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Defendant United Natural Foods West, Inc., improperly named herein as Unified Natural Foods, Inc., hereby discloses that it is a subsidiary of United Natural Foods, Inc. United Natural Foods, Inc. is a publicly held corporation whose shares are traded on the New York Stock Exchange.  United Natural Foods, Inc. has no parent corporation. To the knowledge of United Natural Foods, Inc., as of the date hereof, BlackRock, Inc. is the only publicly traded entity that owns more than 10% of the outstanding shares of UNFI.

//

//

//

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 3:21-cv-05505)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1   DATED this 14th day of July, 2021.

2                                               Respectfully submitted,

3                                               JACKSON LEWIS P.C.

5   By: *[signature]*

6   Sherry L. Talton WSBA #42780
    520 Pike Street, Suite 2300
7   Seattle, WA 98101
    Telephone:  206-405-0404
8   Facsimile:  206-405-4450
    Sherry.talton@jacksonlewis.com
9   Counsel for Defendant

11  JACKSON LEWIS P.C.

13  *[signature]*
    Kira J. Johal WSBA #53549
14  520 Pike Street, Suite 2300
    Seattle, WA  98101
15  Telephone:  206-626-6432
    Facsimile:  206-405-4450
16  Kira.johal@jacksonlewis.com
    Counsel for Defendants

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 3:21-cv-05505)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and that a true and accurate copy of the document will also be sent via email and Fedex to the following:

David A. Schuck, WSBA#37285
Leslie Baze, WSBA #45781
Schuck Law, LLC
208 E. 25th Street
Vancouver, WA 98663
lbaze@wageclaim.org
dschuck@wageclaim.org

Attorneys for Plaintiff

DATED this 14th day of July, 2021.

_____
Nani Vo

4849-8818-4561, v. 2

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3
(Case No. 3:21-cv-05505)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404